176 F.3d 473
 June C. Toth, David J. Toth, Briana Paige Ravenscroft, By
her Mother, Next Friend, June C. Toth, Anthony
David Toth, Andrew Robert Toth, By Their
Father, Next Friend, David J. Toth
v.
William C. Lauerman, M.d., Robert S. Waskowitz, M.D.,
Presbyterian-University Hospital of Pittsburgh, University
of Orthopaedics, Inc., University of Pittsburgh of
Commonwealth System of Higher Education
 NO. 98-3127
 United States Court of Appeals,
Third Circuit.
 January 27, 1999
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 Affirmed.